JOSEPH E. THAGGARD
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
FAX: (406) 457-5130
Email: joseph.thaggard@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**
JUL 2 1 2011
PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, HELENA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 11-52 -GF-SEH |
|---|---|
| Plaintiff, | <u>SUPERSEDING INFORMATION</u> |
| vs. | CONSPIRACY TO POSSESS METHAMPHETAMINE WITH INTENT TO DISTRIBUTE |
| SUSAN ELLEN FASSLER, | Title 21 U.S.C. § 846 |
| Defendant. | (Penalty: Mandatory minimum five years to 40 years imprisonment, $ 2,000,000 fine, and at least four years supervised release) |
| | TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS |

1

THE UNITED STATES ATTORNEY CHARGES:

That beginning on or about February 1, 2010, and continuing thereafter until on or about September 11, 2010, in Cascade, Missoula, and Lewis and Clark Counties, in the State and District of Montana, and elsewhere, the defendant, SUSAN ELLEN FASSLER, together with others both known and unknown to the United States Attorney, knowingly and unlawfully conspired and agreed to possess, with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

Dated this 22nd day of June, 2011.

JOSEPH E. THAGGARD
Assistant U.S. Attorney
Attorney for Plaintiff

MICHAEL W. COTTER
United States Attorney

for KRIS A. McLEAN
Criminal Chief Assistant U.S. Attorney