# THE FEDERAL DEFENDERS OF MONTANA

**ANTHONY R. GALLAGHER**
FEDERAL DEFENDER

**MICHAEL DONAHOE**
DEPUTY FEDERAL DEFENDER

**MARK WERNER**
SENIOR LITIGATOR

HELENA BRANCH
50 WEST 14TH STREET SUITE 1
HELENA, MONTANA 59601
(406) 449-8381
FAX (406) 449-5651
MONTANA ONLY (800) 449-8381

ASSISTANT FEDERAL DEFENDERS
STEVEN BABCOCK - Billings
EVANGELO ARVANETES - Billings
DAVID MERCHANT – Billings
GILLIAN GOSCH - Billings
DAVID NESS - Great Falls
R. HENRY BRANOM Jr. - Great Falls
RACHEL JULAGAY – Great Falls
JOSLYN HUNT - Helena
JOHN RHODES - Missoula
ANDREW NELSON - Missoula

May 26, 2020

Clerk of Court
Missouri River Federal Courthouse
125 Central Avenue West
Great Falls, MT  59404

Re:    Receipt of Information

Dear Clerk of Court:

Enclosed please find what appears to be Susan Ellen Fassler's (Case No. Cr 11-52-GF-BMM-04) reply to the government's response concerning her compassionate release motion. She must have mistakenly sent it here. It is my hope you may file the enclosed reply. However, if you need additional information, I am happy to assist with whatever to facilitate the filing.

Thank you for your time and consideration.

Sincerely,

*Joslyn Hunt*

JOSLYN HUNT
Assistant Federal Defender

Medical Condition

Progressive Cerebellar dysfunction
- ataxia gait / no spatial orientation when close eyes
- balance dysfunction now requires a wheelchair and assistaince c̄ and a pusher
- recurrent emesis
- Severe headaches migraines w/ recurring projectile vomiting has protical for nausea medication
- visual defect
- worsening upper ext ? lower ext motor dysfunctions
- bein pnt on narcotics for pain

I chance a greater risk of herniation of my cerebrial matter w/ no proper care

Was promised a neurosurgical refurral at the County hospital due to the covid-19 all outside refurrals have been cancelled while my condition worsened activities of daily living is progressivly worse. There are no physical therapy dept or services here in camp nor do they offer out to one. DR. Peiker said the recovery process is 2 yrs on this surgery, also there could possibly maybe be a second one if needed.
For a surgery so delicate and complicated I plead w/ the Court to allow me to seek Care at a tertiery medical center where

I have a better chance for a good outcome and survival matter than at a County hospital where resident physicians operating Now with a chance of ~~overhead~~ cerebral herniation via the foramen magnum there is no chance for survival as there is no medical in the evenings here in this facility.