**BRENDAN McCARTHY**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 2nd Avenue North, Ste. 3200**
**Billings, MT 59101**
**Phone:        (406) 657-6101**
**FAX:           (406) 657-6989**
**E-Mail:       Brendan.McCarthy@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 11-52-GF-BMM-04** |
| **Plaintiff,** | |
| **vs.** | **UNITED STATES' RESPONSE TO THE COURT'S JUNE 18, 2020 ORDER** |
| **SUSAN ELLEN FASSLER,** | |
| **Defendant.** | |

On June 18, 2020, the Court entered an order requesting "input from the parties regarding a positive home environment for Fassler's release and a plan to meet her medical, treatment, and employment needs."  Doc. 256.

The undersigned does not have any information regarding the defendant's release plan other than what the defendant submitted in response to the Court's order.  *See*, Doc. 259.

1

The undersigned, however, has obtained updated medical records for Fassler. *See*, Exhibit 1. The records show that the defendant was evaluated by Dr. Nader Peikar on April 7, 2020. Ex. 1 at 63. Dr. Peikar stated that the defendant's symptoms related to Chiari malformation were worsening. *Id.* He also stated that elective surgery was delayed at the time because of COVID-19, but if the defendant's condition worsened then an urgent procedure would be considered. *Id.*

More recently, on August 6, 2020, it states that the defendant was admitted to the neurosurgery service at the San Bernardino Medical Center due to her Chiari malformation. Ex. 1 at 1.

DATED this 11th day of August, 2020.

KURT G. ALME
United States Attorney

*/s/ Brendan McCarthy*
Assistant U.S. Attorney

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2020, a copy of the foregoing document was served on the following persons by the following means:

    (1, 2) CM/ECF
    ( )    Hand Delivery
    ( )    U.S. Mail
    ( )    Overnight Delivery Service
    ( )    Fax
    ( )    E-Mail

1.   Clerk, U.S. District Court

2.   Joslyn Hunt
    Attorney for Susan Fassler
    Assistant Federal Defender
    Federal Defenders of Montana
    50 West 14th Street, Suite 1
    Helena, Montana 59601

                                              */s/ Brendan McCarthy*
                                            Assistant U.S. Attorney